UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SCAROLA REAVIS & PARENT LLP,

                Plaintiff,                    **ORDER**

            -against-                    04 CV 1370 (RJD) (SMG)

ROBERT DIGGS,

                Defendant.
-------------------------------------------------------X
DEARIE, District Judge.

Magistrate Judge Gold's Report and Recommendation, dated November 17, 2006, is adopted without objection and without qualification. The defendant's motion is granted.

It is time that this protracted litigation came to an end. Counsel for the parties are strongly encouraged to resolve the outstanding issue of attorneys' fees amicably, without delay, and hopefully without the assistance of Judge Gold.

SO ORDERED.

Dated: Brooklyn, New York
       December /3, 2006

                                         s/ Judge Raymond J. Dearie

                                         RAYMOND J. DEARIE
                                         United States District Judge